# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TENGIZ T. SYDYKOV, | : | Civil No. 1:21-CV-00575 |
| Petitioner, | : | |
| v. | : | |
| IMMIGRATION AND CUSTOMS ENFORCEMENT and WARDEN OF CLINTON COUNTY CORRECTIONAL FACILITY, | : | |
| Respondents. | : | Judge Jennifer P. Wilson |

# ORDER

**AND NOW**, on this 2nd day of June, 2021, for the reasons stated in the accompanying memorandum, **IT IS ORDERED THAT** The petition for writ of habeas corpus (Doc. 1) is **DENIED WITHOUT PREJUDICE**.  The Clerk of Court is directed to close this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania